BRIEF IN SUPPORT OF MOTION

Defendant is entitled to file a motion pursuant to 28 USC 2255, (2255) challenging the legality of his detention. The rules for a motion/petition under 255 are complex but that's not the issue for this motion. The pertinent part of the statute imposes a short limitation period, as set forth below:
(f)A 1-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of
(1) the date on which the judgment of conviction becomes final;
(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making a motion by such governmental action;
    (Emphases added)
It is utterly impossible to prepare a competent motion without the possession and ability to use the docket, docket items, transcripts, discovery and disclosures, and other papers available to the lawyer for the defense. Defendant has declared as much, under oath. The best lawyer on planet earth would not make such an attempt.
The "United States" is Plaintiff in this case. The "Department of Justice" (DOJ) is an executive department of the United States. Defendant is in the custody of the Department of Justice-Federal Bureau of Prisons (DOJ-FBOP). Said another way, Defendant is in the physical custody of a subsidiary of his adversary.
"US Attorney General" is a cabinet level position. They are nominated by the US President and approved by the advice and consent of the US Senate. US Attorneys for the various districts report to the Attorney General.
The DOJ-FBOP is a subsidiary of the DOJ, and is routinely represented by DOJ lawyers. DOJ lawyers have a common domain. See for example alexander.geocaris@usdoj.gov. They have a lot of names all at one domain. The chain of command for all of them leads to a common supervisor.
 US Attorneys commonly post signs in their offices claiming the high road, the path of integrity. They say that they strike hard blows but never foul. They claim to wear the white hat.
The DOJ website (https://www.justice.gov/about) makes these claims:
Our Mission -- The mission of the Department of Justice is to uphold the rule of law, to keep our country safe, and to protect civil rights.

Our Values -- Independence and Impartiality. We work each day to earn the public's trust by following the facts and the law wherever they may lead, without prejudice or improper influence.

Honesty and Integrity -- Our employees adhere to the highest standards of ethical behavior, mindful that, as public servants, we must work to earn the trust of, and inspire confidence in, the public we serve.

Respect -- Our employees value differences in people and in ideas and treat everyone with fairness, dignity, and compassion.
(Emphases added)
    They flagrantly violated their own laws. See 18 U.S. Code § 1701, which provides:
Whoever knowingly and willfully obstructs or retards the passage of the mail, or any carrier or conveyance carrying the mail, shall be fined under this title or imprisoned not more than six months, or both.

See also 18 U.S. Code § 1702, which provides:

Whoever takes any letter, postal card, or package out of any post office or any authorized depository for mail matter, or from any letter or mail carrier, or which has been in any post office or authorized depository, or in the custody of any letter or mail carrier, before it has been delivered to the person to whom it was directed, with design to obstruct the correspondence, or to pry into the business or secrets of another, or opens, secretes, embezzles, or destroys the same, shall be fined under this title or imprisoned not more than five years, or both.
(Emphasis added)

    Their own rules say that legal mail must be delivered. Nothing herein should be construed to imply that federal prisons cannot inspect mail for contraband. That's not the point and not the issue. The point is that the DOJ-FBOP violated its own rules to cheat Defendant out of access to his legal papers, that he purchased at great expense to himself, for the purpose of vindicating his liberty, due process, and 1st Amendment peaceful petition interests.
    The mighty US DOJ, in representing its incarceration arm, loves to claim that the victims of their lawlessness, fraud, and chicanery didn't "exhaust administrative remedies." The truth of the matter is that the "administrative remedies" relevant to

this motion have been exhausted repeatedly. The DOJ-FBOP has already stated in its own formal published policy papers that legal papers must be delivered. Defendant is entitled to the benefit of these administrative actions, and also to the written conclusions and policies of the DOJ-FBOP in DOJ-FBOP Program Statement 5800-16.

The prison authorities at Leavenworth USP have issued no Forms BP-A0328, required in case of refusal and return of mail. Why? Because they know that Defendant is right and has a complete right to the delivery of his legal mail. They have not identified or offered any administrative remedies to Defendant, or for that matter to Oscar Stilley. Their actions amount to lawlessness and governmental corruption, insufficient to trigger any duty to exhaust administrative remedies. Defendant has exhausted all administrative remedies "available" within the meaning of the law. Ross v. Blake, 136 S. Ct. 1850 (2016).

The issues litigated herein have repeatedly been decided in favor of the inmate. That's the point of DOJ-FBOP Program Statement 5800-16, which is readily available online, from official sources. Legal mail must be delivered.

Defendant contends that he was cheated out of a petition for rehearing, and that he should at least get the extra time allowed. The one year statute of limitations for 2255 motions doesn't start until after the decision on a motion for rehearing/rehearing en banc, and after the 90 days for petition for certiorari whether or not such a petition is filed.

There is no need to consider or litigate that issue. Regardless of the facts and circumstances of the failed petition for rehearing, the statute of limitations has not commenced, due to the DOJ's contumacious defiance of their own rules concerning the delivery of legal mail packages.

Assuming arguendo that some administrative remedy is theoretically "available" within the meaning of the law, it would be utterly illusory and thus not actually "available." It would be impossible to pursue the standard BP8 informal resolution, BP9 to the Warden, BP10 to Regional Office, and BP11 to Central Office of the DOJ-FBOP before the expiration of the 2255 statute of limitations calculated from the date of the expiration of time to petition for certiorari to the US Supreme Court. The DOJ-FBOP routinely "runs the clock," and does its best to crush the litigating capacity of its prisoners.

The government indicts its own fraudulent case against the Defendant. If they thought Defendant "has nothing coming" why would they commit such crimes and lawlessness, to protect their judgment and extreme sentence?

They've already told the American public that they are an honorable organization run by honorable people. They claim to wear the white hat. They claim to do justice while their adversaries do wrong. They claim that they don't cheat the poor and downtrodden out of their rights.

Who persuaded Congress to impose the 1-year statute of limitations for 2255 motions? The DOJ. Who persuaded Congress to approve the minefield of obstacles to success on a 2255? The DOJ. Who stomps out the rights and litigation capabilities of inmates during that crucial first year? The DOJ.

Assuming arguendo that this Court, after a full briefing, disagrees with the Defendant and requires Defendant to exhaust administrative remedies, what happens then?

Defendant is formally requesting that his statute of limitations for the 2255 not start until his adversary the DOJ, by and through its agency the DOJ-FBOP, cease from its invidious interference with the mails, and with the right to obtain and possess the materials indispensable to a competent 2255 petition.

What does the government lose by having a formal decision of a court that says that the statute of limitations doesn't start to run until the DOJ-FBOP allows the delivery of legal mail? Nothing to which it had any arguable legal right. They would lose their corrupt "pincer attack," in which they stomp out litigating capacity while declaring that the statute of limitations continues to run.

What does Defendant lose by the lack of such a determination? It could easily be the remainder of Defendant's natural life. There is no guarantee that Defendant will survive nearly 32 years of harsh, arbitrary, and cruel confinement. The government claims to have rules, to respect the rights of inmates, etc. However, by its behavior as is shown herein, nothing that they say can be taken at face value. They shamelessly lie, cheat, and dissemble when it matters most.

CONCLUSION

This Court should order the DOJ-FBOP to reliably honor its own rules, and allow inmates to receive, possess, and effectively use all legal materials in or associated with their criminal case or any civil case affecting their rights. The Court should furthermore declare that Defendant's statute of limitations, for 2255 purposes, does not begin to run until that is reliably the case with respect to legal materials sent to inmates in federal prisons.

Respectfully submitted.

RECEIVED

MAY 17 2024

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

By: /s/ Patrick Webb
Patrick Miller Webb, Jr., # 18451-029
USP Leavenworth
U.S. Penitentiary
P.O. Box 1000

May 7, 2024
Date

Leavenworth, KS 66048

CERTIFICATE OF SERVICE

Defendant Webb hereby certifies that on the date stated above he caused this to be filed electronically with the Clerk of the Court by using the CM/ECF system, thereby serving all persons having ECF privileges and entitled to service in this case.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DUBUQUE

UNITED STATES OF AMERICA PLAINTIFF

v.         Case No. 2:20-cr-01018-CJW-MAR-1

PATRICK MILLER WEBB, JR    DEFENDANT

RECEIVED
MAY 17 2024
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

DEFENDANT'S MOTION TO COMPEL THE GOVERNMENT TO CEASE INTERFERING WITH THE US MAILS FOR THE PURPOSE OF WRECKING HIS RIGHT TO PEACEFUL PETITION, AND FOR DECLARATION THAT THE TIME UNDER 2255 HAS NOT BEGUN TO RUN, ETC., WITH INCLUDED BRIEF

Comes now Defendant Patrick Miller Webb, Jr., (Defendant) and for his verified motion states:
1.    Defendant was convicted in the captioned case, whereupon he unsuccessfully appealed.
2.    The 8th Circuit affirmed the appeal, 8th Circuit 21-3830, on 6-12-2023.
3.    Defendant asked for and received an extension of time to file a petition for rehearing/rehearing en banc. The new deadline was 7-31-2023.
4.    Defendant was unable to file the petition for rehearing because the Department of Justice-Federal Bureau of Prisons (DOJ-FBOP) kept him from getting the paperwork, consulting his attorney, etc., until it was too late.
5.    Defendant unsuccessfully requested from the 8th Circuit an order compelling his counsel to turn the case file over to Defendant. The 8th Circuit order denying that request was entered 2-7-2024.
6.    Defendant retained the services of an administrative assistant, namely Oscar Stilley (Stilley) to get his docket, docket items, transcripts, etc., produced, printed, and sent to him at Leavenworth USP, his place of confinement.
7.    Stilley prepared and on 3-6-2024 sent Defendant a 9-pound package of legal materials necessary and proper for the preparation of Defendant's petition under 28 USC 2255 (2255). Although the package was actually delivered to the personnel of Leavenworth USP, it was returned to Stilley by prison personnel after excessive delay.
8.    Stilley on April 15, 2024 sent the Executive Assistant to Crystal Carter, Warden of Leavenworth USP, an email explaining what happened and why it was flagrantly illegal and improper. Exhibit "1." All exhibits to this motion are incorporated herein as if set forth word for word.
9.    Warden Carter and her Executive Assistant ignored this email, failing to even acknowledge receipt.
10.   Stilley on April 23, 2024 sent a letter as an attachment to the Warden's Executive Assistant. Exhibit "2." Once again, there was no response at all.
11.   Stilley on April 26, 2024 sent the package again, this time adding two books of a legal nature.
12.   Stilley on the outside of the package added a message containing his phone and email, various quotations from US DOJ-FBOP Program Statement 5800-16. This was clearly printed on a standard 8.5" X 5.5" (half a letter size page) adhesive label, the same kind of label used to print the postage label on PirateShip. Exhibit "3."
13.   That second package was delivered by the US Post Office to prison personnel on April 30, 2024.
14.   Prison personnel still haven't delivered this material or sent the appropriate form to either Stilley or Defendant, setting forth any reasons for failure to deliver.
15.   Defendant has been on extended lockdowns, which make it basically impossible to do any meaningful work.
16.   Stilley in his cover email with Exhibit "2" explained that Defendant is in a housing unit that gets excessive lockdowns, asking for him to be moved to a unit with few lockdowns. This request was ignored. The text of the request was as follows:

   BTW, Mr. Webb tells me about two issues that adversely affect his ability to exercise his 1st Amendment right to peaceful petition. First, he's in a unit that gets more lockdowns than other units. That's a terrible headwind for an inmate with legal pleadings to prepare, especially those with the significance of a 2255 motion. Would you be so kind as to instruct your personnel to place him in a housing unit with a low likelihood of lockdown, at least while he's busy with time sensitive legal work?

   Second, he informs me that there appear to be plans to force inmates to associate with each other in ways they would not do on their own. If so this would be contrary to the good order and security of the institution. If violence breaks out between members of disparate groups, that could be assigned as a separate reason to lock the inmates down, thus wrecking their ability

to prepare and file pleadings, etc. Would you be so kind as to provide assurances that the inmates will be able to continue to avoid unhealthy associations which might lead to violence and disorder? I would hope that you'd actually encourage inmates to avoid situations that might trigger interpersonal conflict.

17. Defendant received no response whatsoever, to the foregoing email message, from any DOJ-FBOP personnel.
18. Without the material that Stilley is attempting to deliver to Defendant, it is as a practical matter impossible for Defendant to prepare a competent motion pursuant to 28 USC 2255.
19. Defendant has exhausted all administrative remedies "available" to him, within the meaning of applicable law.
20. Defendant is prevented from preparing and filing a competent 2255 motion due to governmental action.
21. Said governmental action is in violation of the constitution and laws of the United States, including but not limited to provisions concerning peaceful petition, due process, etc.
22. The best lawyer on planet earth could not prepare a competent motion under 28 USC 2255 without, at minimum, the docket, docket items, transcripts, and other written materials related to the case, such as discovery and disclosures by the government.
23. This motion is supported by an included brief in support.

WHEREFORE, Defendant respectfully requests that the Court compel the government to cease and desist from the interference with the US Mails, as is described herein; declare that Defendant's limitation period for a 2255 shall not commence until this impediment is removed and confirmed in writing by the Plaintiff or any of its entities or sub-entities; and for such other and further relief as may be appropriate whether or not specifically requested.

VERIFICATION

Patrick Miller Webb, Jr., by his signature below pursuant to 28 USC 1746 declares under penalty of perjury that the foregoing facts are true and correct.

Respectfully submitted.

By: *[signature]*
Patrick Miller Webb, Jr., # 18451-029
USP Leavenworth
U.S. Penitentiary
P.O. Box 1000
Leavenworth, KS 66048

May 7, 2024
Date



Patrick Webb #18451029
U.S. Peavenworth
P.O. Box 1000
Leavenworth, Kansas 66048

KANSAS CITY 640
13 MAY 2024 PM 4 L

XRAYED US MARSHALS SERVICE

5-13

Clerk of Court
United States Courthouse
111 7th St. SE 5th Floor
Cedar Rapids, IA 52401

Legal Mail